PHILLIP A. TALBERT
United States Attorney
ALEXANDRE DEMPSEY
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>RODGER WILMES<br><br>  Defendant. | Case No. 5:22-po-00085-SAB<br><br>[Citations # E1018104 CA/14<br>9678248 CA/14]<br><br>MOTION AND ORDER FOR DISMISSAL |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Alexandre Dempsey, Assistant United States Attorney, hereby moves to dismiss Citations Numbered E1018104 and 9678248, which are included in Case No. 5:22-po-00085-SAB against RODGER WILMES, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: May 13, 2022         Respectfully submitted,

                            PHILLIP A. TALBERT
                            United States Attorney

                    By:     /s/ *Alexandre Dempsey*
                            ALEXANDRE DEMPSEY
                            Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that both Citations Numbered E1018104 and 9678248, which are included in Case No. 5:22-po-00085-SAB against RODGER WILMES be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   **May 13, 2022**

UNITED STATES MAGISTRATE JUDGE