HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
RODGER L. WILMES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RODGER L. WILMES,<br><br>Defendant. | Case No. 5:22-po-00085-SAB-1<br><br>STIPULATION TO VACATE PRELIMINARY HEARING AND SET FOR STATUS CONFERENCE; ORDER<br><br>Date:   July 5, 2022<br>Time:  10:00 a.m.<br>Judge: Hon. Stanley A. Boone |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Alexandre Mikhail Dempsey, counsel for the plaintiff, and Assistant Federal Defender Erin Snider, counsel for defendant Rodger L. Wilmes, that the Court may vacate the preliminary hearing currently scheduled for May 18, 2022, at 10:00 a.m. and set the matter for a status conference on July 5, 2022, at 10:00 a.m.

Mr. Wilmes was charged in Citation Nos. E1018104 and 9678248 with possession of a controlled substance in violation of 21 U.S.C. § 844—a Class A misdemeanor. Mr. Wilmes is charged in Citation No. 9678244 with possession of an open container in violation of 18 U.S.C. § 13 (incorporating California Vehicle Code § 23223(a)). Mr. Wilmes made his initial appearance on the citations on May 3, 2022, at which time defense counsel requested a preliminary hearing for Citation Nos. E1018104 and 9678248. The Court set the preliminary hearing for May 18, 2022, at 10:00 a.m.

1    On May 13, 2022, the government moved pursuant to Federal Rule of Criminal

2  Procedure 48(a) to dismiss Citation Nos. E1018104 and 9678248 in the interest of justice. The

3  Court granted the government's motion that same date. Because the remaining citation—Citation

4  No. 9678244—is a Class B misdemeanor carrying a maximum term of imprisonment of six

5  months, Mr. Wilmes is no longer entitled to a preliminary hearing under Federal Rule of

6  Criminal Procedure 5.1. *See* Fed. R. Crim. P. 5.1 (excepting petty offenses).

7    Accordingly, in the light of the dismissal of Citation Nos. E1018104 and 9678248, the

8  parties agree that the Court should vacate the May 18, 2022 preliminary hearing and schedule a

9  status conference for July 5, 2022, at 10:00 a.m. for the remaining citation.

10                                     Respectfully submitted,

11                                     PHILLIP A. TALBERT
12                                     United States Attorney

13  Date:  May 16, 2022              */s/ Alexandre Mikhail Dempsey*
                                     ALEXANDRE MIKHAIL DEMPSEY
14                                     Assistant United States Attorney
                                     Attorney for Plaintiff
15

16                                     HEATHER E. WILLIAMS
                                     Federal Defender
17

18  Date: May 16, 2022               */s/ Erin Snider*
                                     ERIN SNIDER
19                                     Assistant Federal Defender
                                     Attorney for Defendant
20                                     RODGER WILMES

21

22

23

24

25

26

27

28

1

<u>**ORDER**</u>

2

   **IT IS SO ORDERED.**  The Court vacates the preliminary hearing scheduled for May 18,

3

2022, at 10:00 a.m. The Court schedules a status conference regarding Citation No. 9678244 for

4

July 5, 2022, at 10:00 a.m.

5

6

IT IS SO ORDERED.

7

Dated:   **May 16, 2022**

8

UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28